UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| PAUL GERARD NEAR, | ) | CASE NO. C07-1204–RSM-MAT |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER TO SHOW CAUSE |
| | ) | |
| A. NEIL CLARK, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

On August 6, 2007, the Court ordered respondent in this matter to file a Return and Status Report ("RSR") in response to petitioner's Petition for Writ of Habeas Corpus within 30 days after service of the Order. (Dkt. #3). Pursuant to the Court's Order, respondent's RSR was due on or about September 10, 2007. As of the date of this Order, respondent has neither filed the RSR, nor moved for an extension of time in which to do so. Accordingly, respondent is hereby ORDERED to show cause within **ten (10)** calendar days of the date on which this Order is signed why petitioner's § 2241 petition should not be granted. The Clerk of Court is directed to send a copy of this Order to petitioner, to counsel for respondent, and to the Honorable Ricardo S. Martinez.

DATED this 17th day of September, 2007.

_____
Mary Alice Theiler
United States Magistrate Judge

ORDER TO SHOW CAUSE
PAGE -1